UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

ROBERT GADDIE,  )
          Plaintiff,  )
   vs.  )  1:05-cv-1755-RLY-TAB
  )
FRANK J. ANDERSON,  )
JOHN DOE,  )
  )
          Defendants.  )

## J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: January 25, 2006

                                                          RICHARD L. YOUNG, JUDGE
                                                          United States District Court
Laura Briggs, Clerk                         Southern District of Indiana
United States District Court

_____
Deputy Clerk, U.S. District Court

Copies to:

Robert A. Gaddie, DOC #852477
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064-0030